**H. A. HOWE v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7783.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1938.

Eugene Meacham, of Washington, D. C., for petitioner.

James W. Morris, Sewall Key, Morrison Shafroth, and Arthur H. Fast, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be, and the same is dismissed, pursuant to motion of petitioner.